EXECUTIVE AUTO LEASING CO. *et al.*, Plaintiffs-Appellants, *v.* ERWIN PELZ *et al.*, Defendants-Appellees.

(Nos. 60757-58 cons.; ▮)

First District (5th Division)—April 25, 1975.

PER CURIAM.

Howard D. Hollander and Robert Handelsman, both of Chicago, for appellants.

Edward A. Berman, of Schlifkin & Berman, of Chicago, for appellees.